Rev. 4/18

UNITED STATES COURT OF APPEALS
FOR THE ELEVENTH CIRCUIT
**CIVIL APPEAL STATEMENT**

*Please TYPE.   Attach additional pages if necessary.*

11th Circuit Docket Number: 22-12719

**Caption:** Steven Wilkerson v. 3M Company, et al.

District and Division: Northern District of Florida, Pensacola Division
Name of Judge: M. Casey Rodgers
Nature of Suit: 365 Personal Inj. Prod. Liability
Date Complaint Filed: 9/20/2019 (MDL) 1/17/2020 (Wilkerson)
District Court Docket Number: 3:19-cv-md-2885 (MDL); 7:20-cv-35 (WIlkerson)
Date Notice of Appeal Filed: 8/15/22
☐ Cross Appeal   ☐ Class Action

Has this matter previously been before this court?
☐ Yes   ☑ No
If Yes, provide
(a) Caption: _____
(b) Citation: _____
(c) Docket Number: _____

**For Appellant:**
☐ Plaintiff
☑ Defendant
☐ Other (Specify)

Attorney Name: Charles F. Beall, Jr.

Mailing Address: Moore, Hill, & Westmoreland, P.A.
350 W. Cedar St.
Maritime Pl., Ste. 100
Pensacola, FL 32502

Telephone, Fax, Email:
T: 850-434-3541
cbeall@mhw-law.com

**For Appellee:**
☐ Plaintiff
☐ Defendant
☐ Other (Specify)

*Please CIRCLE/CHECK/COMPLETE the items below and on page 2 that apply.*

| Jurisdiction | Nature of Judgment | Type of Order | Relief |
|---|---|---|---|
| ☑ Federal Question | ☑ Final Judgment, 28 USC 1291 | ☐ Dismissal/Jurisdiction | Amount Sought by Plaintiff: $_____ |
| ☑ Diversity | ☐ Interlocutory Order, 28 USC 1292(a)(1) | ☐ Default Judgment | Amount Sought by Defendant: $_____ |
| ☐ US Plaintiff | ☐ Interlocutory Order Certified, 28 USC 1292(b) | ☑ Summary Judgment | Awarded: $ 8,000,000 |
| ☐ US Defendant | ☐ Interlocutory Order, Qualified Immunity | ☐ Judgment/Bench Trial | to Plaintiff |
| | ☐ Final Agency Action (Review) | ☑ Judgment/Jury Verdict | Injunctions: |
| | ☐ 54(b) | ☐ Judgment/Directed Verdict/NOV | ☐ TRO |
| | | ☐ Injunction | ☐ Preliminary   ☐ Granted |
| | | ☐ Other _____ | ☐ Permanent   ☐ Denied |

Page 2                                                          11th Circuit Docket Number: 22-12719

Based on your present knowledge:

(1) Does this appeal involve a question of First Impression? ☑ Yes  ☐ No
    What is the issue you claim is one of First Impression? Issue (2) below

(2) Will the determination of this appeal turn on the interpretation or application of a particular case or statute? ☑ Yes ☐ No

   If Yes, provide
   (a) Case Name/Statute  Noise Control Act
   (b) Citation  42 U.S.C. sec. 4902(3)(B)(i)
   (c) Docket Number if unreported _____

(3) Is there any case now pending or about to be brought before this court or any other court or administrative agency that
   (a) Arises from substantially the same case or controversy as this appeal? ☑ Yes ☐ No
   (b) Involves an issue that is substantially the same, similar, or related to an issue in this appeal? ☑ Yes ☐ No

   If Yes, provide
   (a) Case Name  Estes v. 3M Co.; Hacker v. 3M Co.; Keefer v. 3M Co.; Baker v. 3M Co.; Adkins v. 3M Co.; Kelley v. 3M Co.; Sylvain v. 3M Co.; Torres v. 3M Co.; Bonenfant v. 3M Co.
   (b) Citation _____
   (c) Docket Number if unreported  21-13133, 21-13131, 21-13135, 22-11897, 22-12273, 22-12812, 22-12403, 21-12517, 22-11607
   (d) Court or Agency  Court of Appeals for the Eleventh Circuit

(4) Will this appeal involve a conflict of law
   (a) Within the Eleventh Circuit?  ☐ Yes  ☑ No
   (b) Among circuits?  ☐ Yes  ☑ No

   If Yes, explain briefly:

(5) Issues proposed to be raised on appeal, including jurisdictional challenges:

   See attached appendix.

I CERTIFY THAT I SERVED THIS CIVIL APPEAL STATEMENT ON THE CLERK OF THE U.S. COURT OF APPEALS FOR THE ELEVENTH CIRCUIT AND SERVED A COPY ON EACH PARTY OR THEIR COUNSEL OF RECORD, THIS _____ DAY OF September_____, 2022_____.

Charles F. Beall, Jr.                                           s/Charles F. Beall, Jr.
NAME OF COUNSEL (Print)                                         SIGNATURE OF COUNSEL

# UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

|  |  |
|---|---|
| STEVEN WILKERSON, | ) ) |
| *Plaintiff-Appellee,* | ) ) |
| v. | ) No. 22-12719 ) |
| 3M COMPANY, et al., | ) ) |
| *Defendants-Appellants.* | ) ) ) |

## CIVIL APPEAL STATEMENT APPENDIX

Defendants-Appellants propose to raise the following issues on appeal:

1.   Whether the court erred in granting summary judgment to plaintiffs, and denying defendants' cross-motion, on the government-contractor defense to plaintiffs' design-defect and failure-to-warn claims.

2.   Whether federal labeling regulations apply to the product at issue.

3.   Whether the court erred in making certain evidentiary and instructional rulings, including regarding alleged testing issues at defendants' manufacturing facility, the July 2019 Air Force letter, the

December 2018 Department of Justice report, and emails relating to the discontinuation of the CAEv2.

4. Whether plaintiff's misrepresentation claims fail for lack of evidence the plaintiff relied on alleged misrepresentations by the defendants.

5. Whether the court erred in awarding compensatory damages for misrepresentation claims under Wisconsin law.

6. Whether the court erred in holding plaintiff's claims were not judicially estopped.

7. Whether the court erred in declining to allow the jury to apportion damages to successive tortfeasors.

8. Whether the court erred in excluding Kevin Michael and Eileen Klein as potential witnesses.