No. 22-12719

# UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

STEVEN WILKERSON,

*Plaintiff-Appellee,*

v.

3M COMPANY, et al.

*Defendants-Appellants.*

On Appeal from the United States District Court
for the Northern District of Florida,
Case No. 7:20-CV-00035
The Honorable M. Casey Rodgers

## PLAINTIFF-APPELLEE'S CERTIFICATE OF INTERESTED PERSONS

Michael Sacchet
CIRESI CONLIN LLP
225 S. 6th St., Suite 4600
Minneapolis, MN 55402
(612) 361-8220
mas@ciresiconlin.com

*Counsel for Plaintiff-Appellee Steven Wilkerson*

September 27, 2022

Appeal No. 22-12719
*Wilkerson v. 3M, et al.*

Pursuant to Eleventh Circuit Rules 26.1-1, 26.1-2, and 26.1-3, Plaintiff-Appellee Steven Wilkerson hereby files this Certificate of Interested Persons and Corporate Disclosure Statement to add the following interested persons omitted from the initial Certificate of Interested Persons and Corporate Disclosure Statement filed by Defendants-Appellants in conjunction with their brief on September 23, 2022:

- Barriere, Ashley – counsel for Plaintiff-Appellee

- Hosen, Matthew Steven – counsel for Plaintiff-Appellee

- Jensen, Keith M. – counsel for Plaintiff-Appellee

- Keith M. Jensen PC – counsel for Plaintiff-Appellee

- Keller Postman LLC – counsel for Plaintiff-Appellee

- Laminack, Richard N. – counsel for Plaintiff-Appellee

- Martines, Buffy K. – counsel for Plaintiff-Appellee

- Messner Reeves LLP – counsel for Plaintiff-Appellee

- Schwartz, Brett Joseph – counsel for Plaintiff-Appellee

- Steinberg, Matthew Perry – counsel for Defendants-Appellants 3M Occupational Safety LLC, Aearo Holdings LLC, Aearo Intermediate LLC, Aearo Technologies LLC, and Aearo, LLC

- Wolfson, Adam Bryan – counsel for Plaintiff-Appellee

Appeal No. 22-12719
*Wilkerson v. 3M, et al.*

- Zanello, Lindsay – counsel for Defendants-Appellants 3M Occupational

  Safety LLC, Aearo Holdings LLC, Aearo Intermediate LLC, Aearo

  Technologies LLC, and Aearo, LLC

Additionally, Plaintiff-Appellee suggests that the following interested persons included in Defendants-Appellees' September 23, 2022 Certificate of Interested Persons should be removed, as they were interested persons in the *EHK* and/or *Baker* appeals but are not interested persons for purposes of the instant appeal:

- Baker, Lloyd – Plaintiff-Appellee

- Barr, Brian H. – counsel for MDL Plaintiffs

- Bouk, Winston Troy – counsel for MDL Plaintiffs

- Brown & James – counsel for Plaintiff-Appellee

- Buchanan, David R. – counsel for Plaintiff-Appellee

- Burns, Michael A. – counsel for MDL Plaintiffs

- Buxner, Evan D. – counsel for MDL Plaintiffs

- Cartmell, Thomas P. – counsel for MDL Plaintiffs

- Cooper, David M. – counsel for Plaintiff-Appellee

- Fox, Shawn – counsel for Plaintiff-Appellee

- Gori Julian & Associates – counsel for MDL Plaintiffs

- Hoekstra, Jennifer M. – counsel for MDL Plaintiffs

Appeal No. 22-12719
*Wilkerson v. 3M, et al.*

- Kelly, Maxwell H. – counsel for Plaintiff-Appellee

- Kreis, Douglass A. – counsel for Plaintiff-Appellee

- Levin Papantonio Rafferty – counsel for MDL Plaintiffs

- Marlowe, Emily B. – counsel for Plaintiff-Appellee

- Mostyn Law – counsel for MDL Plaintiffs

- Onder Law LLC – counsel for MDL Plaintiffs

- Rafferty, Troy Alan – counsel for MDL Plaintiffs

- Seeley, Caleb A. – counsel for Plaintiff-Appellee

- Tracey Fox King & Walters – counsel for Plaintiff-Appellee

- Tracey, Sean Patrick – counsel for Plaintiff-Appellee

- Wagstaff & Cartmell – counsel for MDL Plaintiffs

- Wilson, Quinn Robert – counsel for MDL Plaintiffs

Finally, Defendants-Appellees correctly identified the following individuals as interested persons in their September 23, 2022 Certificate of Interested Persons, but incorrectly identified their role. The following interested persons should instead be designated as follows:

- Aylstock Witkin Kreis & Overholtz – counsel for MDL Plaintiffs

- Aylstock, Bryan Frederick – counsel for MDL Plaintiffs

- Clark Love & Hutson – counsel for MDL Plaintiffs

Appeal No. 22-12719
*Wilkerson v. 3M, et al.*

- Cornell, Katherine – counsel for Plaintiff-Appellee

- Hutson, Shelley Van Natter – counsel for MDL Plaintiffs

- Laminack Pirtle & Martines – counsel for Plaintiff-Appellee

- Pirtle, Thomas W. – counsel for Plaintiff-Appellee

- Pulaski Law Firm – counsel for Plaintiff-Appellee

- Seeger Weiss – counsel for MDL Plaintiffs


Dated: September 27, 2022          Respectfully submitted,


                                   */s/ Michael Sacchet*
                                   Michael Sacchet
                                   CIRESI CONLIN LLP
                                   225 S. 6th St.
                                   Suite 4600
                                   Minneapolis, MN 55402
                                   mas@ciresiconlin.com
                                   (612) 361-8220

                                   *Counsel for Plaintiff-Appellee*

Appeal No. 22-12719
*Wilkerson v. 3M, et al.*

## CERTIFICATE OF SERVICE

On September 27, 2022, I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Eleventh Circuit by using the CM/ECF system. All participants in this case are registered CM/ECF users, and service will be accomplished by the CM/ECF system.


Dated: September 27, 2022             */s/ Michael Sacchet*
                                       Michael Sacchet
                                       *Counsel for Plaintiff-Appellee*